**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| JAMES FROST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:07-CV-154 (WLS) |
| | : | |
| A. WALLACE CATO, *Judge*, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed August 8, 2007.  (Doc. 4).  It is recommended that Plaintiff's *pro se* civil rights complaint under 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915(e)(2) and for failure to state a claim upon which relief may be granted.  (*Id.* at 4).  The Recommendation states that Plaintiff's Complaint (Doc. 2) contends that Plaintiff was wrongfully accused and convicted of the crime of burglary approximately 17 years prior to the filing of the Complaint, but the Recommendation concludes that beyond a bare assertion that he was denied his constitutional rights and due process Plaintiff's Complaint fails to allege any actions that indicate the violation of any constitutional rights.  (Doc. 4 at 2, 4).  The Recommendation concludes that Plaintiff's § 1983 action is barred by the Supreme Court's Heck v. Humphrey decision.  (*Id.* at 3 (citing 512 U.S. 477 (1994))).

Plaintiff filed a timely Objection to the Recommendation.  (Doc. 6).  Plaintiff asserts that his alleged physical and mental harms are more severe than what is described in the Recommendation, that the Defendants "deliberately" violated his constitutional rights, and that he continues to suffer harm while imprisoned.  (*Id.* at 1).

1

The Court finds that Plaintiff's Objection (Doc. 6) fails to rebut the legally sound recommendation of Judge Faircloth.  Despite the Recommendation's description of what a § 1983 Plaintiff must prove to satisfy Heck v. Humphrey (*see* Doc. 4 at 3), the Court finds that Plaintiff's Objection fails to meet any of the criteria.  (*See generally* Doc. 6).

For the foregoing reasons, the objections set forth in Plaintiff's Objection (Doc. 6) are **OVERRULED** and United States Magistrate Judge Faircloth's August 8, 2007 Report and Recommendation (Doc. 4) is **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein together with the reasons stated and conclusions reached herein.  Accordingly, Plaintiff's *pro se* civil rights complaint under 42 U.S.C. § 1983 is **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2) and for failure to state a claim upon which relief may be granted.

**SO ORDERED**, this 14th  day of April, 2010.


/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

2